UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WENDY VILLATORO,<br><br>Defendant. | Case No. 24-CR-446 (CJN) |

**NOTICE OF WITHDRAWAL OF APPEARANCE BY ASSISTANT U.S. ATTORNEY**

The United States of America, by and through undersigned counsel, respectfully gives notice that it is withdrawing the appearance of Assistant United States Attorney Paul V. Courtney as its counsel in this case. Assistant United States Attorney Jared English will remain counsel for the United States.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar No. 481866

Dated: February 3, 2025     By:     /s/ *Paul V. Courtney*
Paul V. Courtney
D.C. Bar No. 1034252 / N.Y. Bar No. 5392337
Assistant United States Attorney
United States Attorney's Office for the
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-1719
Paul.Courtney@usdoj.gov